**Order entered December 11, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01373-CV

### IN RE WILLIAM THOMAS NICHOLAS, JR., Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F96-51486-VI**

## ORDER
Before Justices Lang-Miers, Myers, and Boatright

Based on the Court's opinion of this date dismissing this proceeding for want of jurisdiction, we **DENY AS MOOT** relator's November 29, 2017 motion for leave to file petition for writ of mandamus and **DENY AS MOOT** relator's November 29, 2017 motion to proceed in forma pauperis.

/s/     JASON BOATRIGHT
JUSTICE